MICHELLE UZETA, SBN 164402
DANNY Y. YOO, SBN 251574
dyoo@hrc-la.org
HOUSING RIGHTS CENTER
Attorneys for Plaintiff
520 S. Virgil Avenue, Suite 400
Los Angeles, CA  90020
Tel:  (213) 387-8400 ext. 34
Fax: (213) 381-8555

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC. dba HOUSING RIGHTS CENTER, INC., a non profit California Corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>TERRI TREVILLIAN, an individual; CLARE TOMCZAK, an individual; and AMPERSAND PUBLISHING, LLC.<br>                Defendants. | CASE NO. CV 09-4681 DMG (FMOx)<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT AMPERSAND PUBLISHING, LLC [45][JS-6]** |

        The parties having entered into a stipulation for dismissal of Defendant Ampersand Publishing, LLC with prejudice, and the Court having reviewed the stipulation and finding good cause for such an order of dismissal, hereby orders that Defendant Ampersand Publishing, LLC, is hereby dismissed from the above-captioned action with prejudice.

Dated:  May 11, 2010

_Dolly M. Gee_

The Honorable Dolly M. Gee
United States District Judge